**Stefani FILECCIA v. UNITED STATES of America.**

No. 7409.

Circuit Court of Appeals, Sixth Circuit.

Dec. 16, 1936.

Donald F. Welday, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal in the above-entitled cause be, and the same is, dismissed.

**Harry B. FISHER v. UNITED STATES of America.**

No. 7511.

Circuit Court of Appeals, Sixth Circuit.

Dec. 18, 1936.

E. O. Ricketts and Dean C. Throckmorton, both of Columbus, Ohio, for appellant.

Francis C. Canny, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellee to dismiss appeal be, and the same is, sustained and the appeal is hereby dismissed.

**James Frank GASDIEL v. The UNITED STATES of America.**

No. 5921.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

George M. Tearney, of Chicago, Ill., for appellant.

Michael L. Igoe, of Chicago, Ill., for appellee.

PER CURIAM.

On petition of counsel for appellee, it is ordered by the court that this appeal be, and the same is hereby, dismissed.

It is further ordered that the mandate of this court issue forthwith.

**The FYR–FYTER COMPANY, Plaintiff-Appellant, v. George H. DOWNING, Doing Business as Columbia Fire Extinguishing Company, Defendant-Appellee.**

No. 91.

Circuit Court of Appeals, Second Circuit.

Dec. 14, 1936.

John B. Hayward, of New York City (Greer Marechal and Lawrence B. Biebel, both of Dayton, Ohio, of counsel), for appellant.

Prindle, Bean & Mann, of New York City (Frank E. Liverance, Jr., of Grand Rapids, Mich., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.